AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Title 36, C.F.R. 2.32(a)(1) -
Interfering with Agency Function -
Class B Misdemeanor

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

CR

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Rangers, National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: SCOTT N. SCHOOLS

   ☑ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

▶ James Philson

DISTRICT COURT NUMBER

07 0667 MAG

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/21/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

*FILED*

*07 OCT 22 AM 10: 53*

*RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

*E-Filing*

*MAG*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 07    0667**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions (Class B Misdemeanor) |
| v. | |
| JAMES PHILSON, | SAN FRANCISCO VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions

On or about June 21, 2007, in the Northern District of California, within the special

maritime and territorial jurisdiction of the United States, the defendant,

JAMES PHILSON,

threatened, resisted, intimidated, or intentionally interfered with a government employee or agent

//

//

//

INFORMATION

1    engaged in an official duty, or on account of the performance of an official duty, in violation of

2    Title 36, Code of Federal Regulations, Section 2.32(a)(1), a Class B Misdemeanor.

3

4    DATED: 10/21/07

5                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
6

7                                                          GREGG W. LOWDER
                                                           Chief, Major Crimes Section
8

9    (Approved as to form: _____ )
                            WENDY THOMAS
10                          Special Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                              -2-