# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL TRIAL MINUTES

**CASE NO. CR07-0667 EMC**
**CASE NAME:  USA v. James Philson**

| | |
|---|---|
| **MAGISTRATE JUDGE EDWARD M. CHEN** | **COURTROOM DEPUTY**: Betty Fong |
| **DATE**: 12/20/07 | **COURT REPORTER:** Belle Ball |
| **Time:** 1:44 p.m.  -   5:21 p.m. | |
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Eric Eastman, LC & Wendy Thomas | James Philson, pro se |

Trial To Begin: 12/20/07                                                            Further Trial: N/A

### TRIAL MOTIONS HEARD:

(1) Arraignment on Information held.  Defendant pled not guilty.
(2) Defendant moved for motion to suppress - denied.

### Other:

Plaintiff's opening; defendant's opening.

Testimony provided by Plaintiff's witnesses:  Ranger Angelina Gregorio and Ranger Daniel Habig.

Testimony provided by Defendants' witnesses: Ranger Eric Peterson, and Ranger Collin Smith.

Plaintiffs' closing; Defendants' closing.

**Verdict:** Court finds defendant guilty.  Defendant is ordered to pay a fine of $150 to the United States District Court by 1/22/08.  Government to submit proposed order.

### Disposition of Exhibits:
Plaintiff:      1, 2, 3, 4, 5, and 6.
Defendant:   1, 3, and 4.

CC:       EMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR07-0667 EMC    Case Name: USA v. James Philson

## EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Edward M. Chen | Wendy Thomas / Eric Eastman | James Philson, pro se |

| JURY SELECTION: n/a | REPORTER(S): | CLERK: |
|---|---|---|
| TRIAL DATE: 12/20/07 | Belle Ball | Betty Fong |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12/20/07 | | | | |
| | | (1:44p) | | | Trial began | |
| | | | | | Ct. arraigned Mr. Philson | |
| | | | | | Δ made motion re bicycle seizure, | |
| | | | | | ct. reserved ruling + proceeded w/ trial | |
| | | 1:52p | | | π's opening statements | π |
| | | 1:55p | | | Δ's opening statements | Δ |
| | | 1:57p | | | Gov't called Angelina Gregorio, | π |
| | | | | | sworn, π cross | |
| 1 | | | ✓ | ✓ | π's Exh. 1, moved for admitted, admitted | |
| 2,3,4 | | | ✓ | ✓ | π's Exh 2, 3, & 4, moved for admitted; admitted | |
| | | 2:13p | | | Δ cross Gregorio | Δ |
| | 4 | | ✓ | ✓ | Δ's Exhibit 4, moved to admit, admitted | |
| | 3 | | ✓ | ✓ | Δ's Exh. 3, moved to admit, admitted | |
| | | 2:59p | | | π redirect | π |
| | | | | ✓ | 18 - 32 pictures | |
| | | 3:06p | | | Δ recross | Δ |
| | | 3:09p | | | Gregorio is excused. | |

Page ___1___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C07-0667 EMC        Case Name: USA v. James Philson

### EXHIBIT and WITNESS LIST

| JUDGE: Edward M. Chen | PLAINTIFF ATTORNEY: Wendy Thomas | DEFENSE ATTORNEY: James Philson, pro se |
|---|---|---|
| JURY SELECTION: n/a  TRIAL DATE: 12/20/07 | REPORTER(S): | CLERK: Betty Fong |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 3:09p |  |  | π called Daniel Habig, sworn | (π) |
|  |  |  |  |  | Witness identified Δ, direct |  |
| 5 |  |  | ✓ | ✓ | Exh. 5, moved to admitted; admitted |  |
| 6 |  |  | ✓ | ✓ | Exh. 6, moved to admit; admitted |  |
|  |  | 3:25p |  |  | Δ cross Habig | (Δ) |
|  |  | 3:36p |  |  | P re-direct | (π) |
|  |  | 3:38p |  |  | Court asked Habig questions | Ct. |
|  |  |  |  |  | Habig is excused |  |
|  |  | 3:40p |  |  | break (15 min.) |  |
|  |  | 3:55p |  |  | Δ called Ranger Eric Peterson, sworn, direct | Δ |
|  |  | 4:07p |  |  | π cross Peterson | π |
|  |  | 4:08p |  |  | Δ re-direct | Δ |
|  |  |  |  |  | - Mr. Peterson is excused - |  |
|  |  | 4:09p |  |  | Δ called Collin Smith sworn | Δ |
|  | 1 |  | ✓ | ✓ | Δ Exh 1, moved to admit, admitted |  |
|  |  | 4:31p |  |  | π cross |  |
|  |  | 4:33p |  |  | Δ re-direct |  |
|  |  | 4:35p |  |  | Ct asked Smith Questions | Ct |
|  |  | 4:37p |  |  | parties rest |  |

Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C07-0667 EMC          Case Name: USA v. James Philson

## EXHIBIT and WITNESS LIST

| JUDGE<br>Edward M. Chen | PLAINTIFF ATTORNEY:<br>Wendy Thomas | DEFENSE ATTORNEY:<br>James Philson, pro se |
|---|---|---|
| JURY SELECTION: n/a<br>TRIAL DATE: 12/20/07 | REPORTER(S): | CLERK:<br>Betty Fong |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:37p | | | π's closing | π |
| | | 4:50p | | | ∆'s closing | ∆ |
| | | | | | ct finds ∆ guilty & to pay fine | |
| | | 5:21p | | | ≠. of $150 | |
| | | 5:21p | | | ct. adjourned | |

Page 2