01/31/2008 01:55 PM EDT  
Version 7.0.1

**Case Debt Type Payment Report**  
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000667 | US VS JAMES PHILSON | | | | | | |
| 001 | JAMES PHILSON | 504100 | FINE-CRIME VICTIMS FUND | 150.00 | 0.00 | CT 34611014810 | 1 | PR | 150.00 | 01/22/2008 |
| | | | | | | Division Payment Total | | | 150.00 | |
| | | | | | | Grand Total | | | 150.00 | |

$ 150.00 FINE PAID IN FULL  
M 1-22-08

CR 07-667

Page 1 of 1